**Order filed February 26, 2015**



In The

# Fourteenth Court of Appeals_

### NO. 14-14-00411-CV
### PAMELA WALKER, Appellant

### V.

### SUZANNE SCOPEL AND JUSTIN SCOPEL, Appellee

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCV-200283**

## O R D E R

Appellant's brief was due **February 6, 2015.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **March 30, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM